**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LATASHA LOPER,** | ) | **CASE NO. 1:16CV1349** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **CLEVELAND METROPOLITAN** | ) | **O R D E R** |
| **SCHOOL DISTRICT,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.#18) of

Magistrate Judge Thomas M. Parker regarding Defendant's Motion to Dismiss (Doc.#8).

The Magistrate Judge Recommends that the Motion be granted.  Plaintiff has not filed

any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation

must be filed within fourteen days after service,  but Plaintiff  has failed to timely file any

such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the

Magistrate Judge's recommendation.  Any further review by this Court would be a

duplicative and  inefficient use of the Court's limited resources.  Thomas v. Arn, 728

F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir.1981).

Therefore,  the Court adopts in full the Report and Recommendation (Doc.# 18)

and grants Defendants' Motion to Dismiss.


        IT IS SO ORDERED.

    Dated: 2/24/2017


                                    S/Christopher A. Boyko
                                    CHRISTOPHER A. BOYKO
                                    UNITED STATES DISTRICT JUDGE